# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nickerson, William M. | Maryland | 11/17/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior St | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ✔ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

101 W. Lombard Street
Baltimore MD 21201

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/6/93 | State of Md. Judicial Pension Plan; |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/17/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. monthly | State of Md. Judicial Pension Plan | $32,198.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bristol Myers Squibb cmn | B | Dividend | M | T | | | | | |
| 2. Chevron Texaco Corp. formerly Chevron Corp. cmn | B | Dividend | L | T | | | | | |
| 3. Coca Cola Co. cmn | C | Dividend | M | T | | | | | |
| 4. Colgate Palmolive Co. cmn | B | Dividend | M | T | | | | | |
| 5. Diamond Offshore Drilling Co. cmn | A | Dividend | | | Sold | 06/22/15 | J | A | |
| 6. DuPont, E. I. cmn | A | Dividend | J | T | | | | | |
| 7. Equifax Inc. cmn | A | Dividend | M | T | | | | | |
| 8. General Electric Co. cmn | B | Dividend | K | T | Sold (part) | 06/22/15 | K | E | |
| 9. General Mills Inc. cmn | B | Dividend | L | T | | | | | |
| 10. Johnson & Johnson cmn | C | Dividend | M | T | | | | | |
| 11. Merck & Co., Inc. cmn | A | Dividend | K | T | Sold (part) | 06/22/15 | K | E | |
| 12. Pitney Bowes, Inc. cmn | A | Dividend | | | Sold | 06/22/15 | J | C | |
| 13. Procter & Gamble Co. cmn | A | Dividend | K | T | | | | | |
| 14. Franklin Mutual Shrs Cl Z (formerly Mutual Shares Fund) | A | Dividend | K | T | | | | | |
| 15. Exelon Corp. cmn | A | Dividend | J | T | | | | | |
| 16. Cheesecake Factory Inc. cmn | | None | L | T | | | | | |
| 17. Chemours Co. | A | Dividend | J | T | Spinoff (from line 6) | 07/07/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/17/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. J. Alexanders Hldgs.,Inc. | A | Dividend | J | T | Spinoff (from line 125) | 10/02/15 | J | | |
| 19. Remy Int'l.,Inc. | A | Dividend | J | T | Spinoff (from line 66) | 01/07/15 | J | | |
| 20. Remy Int'l.,Inc. | A | Dividend | | | Sold | 06/22/15 | J | A | |
| 21. T.R.P. Md. Tax Free Bond | C | Dividend | L | T | | | | | |
| 22. T.R.P. Tax Exempt M/M | A | Dividend | N | T | Sold (part) | 03/19/15 | K | E | |
| 23. J P Morgan - Trust (H) | A | Distribution | P1 | T | | | | | |
| 24. - J P Morgan US DollarPrincipal (Form Deposit Sweep Inst'l. | | | | | | | | | |
| 25. - JP Morgan Short Term Mun. Bd. Fd. | | | | | | | | | |
| 26. - Verizon Communications | | | | | | | | | |
| 27. - Chevron Corp. | | | | | | | | | |
| 28. - Dow Chemical | | | | | | | | | |
| 29. - Gen Elect Co | | | | | | | | | |
| 30. - Exxon Mobil Corp | | | | | | | | | |
| 31. - Altria Group, Inc. | | | | | | | | | |
| 32. - American Electric Power Co, Inc. | | | | | | | | | |
| 33. - Boeing Co. | | | | | | | | | |
| 34. - Bristol Meyers Squibb Co | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Consolidated Edison, Inc. | | | | | | | | | |
| 36. - Dominion Resources Inc VA | | | | | | | | | |
| 37. - Home Depot, Inc. | | | | | | | | | |
| 38. - McDonalds Corp. | | | | | | | | | |
| 39. - Duke Energy ( Formerly Hldg.) Corp. | | | | | | | | | |
| 40. - Travelers Cos. Inc. | | | | | | | | | |
| 41. - Mondalez Int'l. (formerly Kraft Foods, Inc.) | | | | | | | | | |
| 42. - Spectra Energy Corp. | | | | | | | | | |
| 43. - Pfizer Inc. | | | | | | | | | |
| 44. - Philip Morris Int'l., Inc. (X) | | | | | | | | | |
| 45. - Kellogg Co. | | | | | | | | | |
| 46. - Coca-Cola Co. | | | | | | | | | |
| 47. - Sysco Corp. | | | | | | | | | |
| 48. - Yum Brands Inc. | | | | | | | | | |
| 49. - Manning & Napier Fund Inc.,World Opp. Series Fd. | | | | | Sold | 05/19/15 | J | A | |
| 50. - Delaware Emergirng Mkts. Fund | | | | | | | | | |
| 51. - Eaton Vance Mutual Funds TR FLT RT CL 1 | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/17/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - JPM High Yield Fund | | | | | | | | | |
| 53. - Kraft Foods Group, Inc. | | | | | | | | | |
| 54. - T. Rowe Price New Asia Fd. | | | | | | | | | |
| 55. - Vanguard FTSE Europe ETF | A | Dividend | K | T | | | | | |
| 56. - I Shares Core S&P Mid-Cap ETF | A | Dividend | K | T | | | | | |
| 57. - I Shares MSCI EAFE Index Fund | A | Dividend | J | T | | | | | |
| 58. - Dodge & Cox Int'l. Stock Fund | A | Dividend | K | T | Buy | 05/19/15 | K | | |
| 59. Exxon Mobil Corp cmn | A | Dividend | K | T | | | | | |
| 60. Intel Corp cmn | A | Dividend | K | T | | | | | |
| 61. PNC Finl. Svs. Grp. cmn | A | Dividend | K | T | | | | | |
| 62. Microsoft Corp cmn | A | Dividend | K | T | | | | | |
| 63. T. Rowe Price Inc. cmn | A | Dividend | L | T | | | | | |
| 64. Zebra Tech cmn | | None | L | T | | | | | |
| 65. Wal-Mart Stores cmn | A | Dividend | J | T | | | | | |
| 66. Fidelity Natl. Info. Svcs. Inc. cmn | A | Dividend | J | T | | | | | |
| 67. Zimmer Hldgs. Inc. cmn | | None | J | T | | | | | |
| 68. Smucker J M Co cmn | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Express Scripts Hldg. Co. | | None | J | T | | | | | |
| 70. Massachusetts Mutual Ins. Co. - whole life policy | B | Dividend | L | T | | | | | |
| 71. Navy Mutual Aid Ass'n. perm. plus life ins. policy | B | Dividend | K | T | | | | | |
| 72. Amer. Trust Co. ACF W. Nickerson IRA (H) # | | | | | | | | | |
| 73. - Columbia Acorn Fd. - A | A | Dividend | J | T | Sold (part) | 12/17/15 | J | A | |
| 74. - Columbia High Yield Bd. Fd. Cl A | A | Dividend | K | T | | | | | |
| 75. - I Shares MSCI Emerging Mkts.ETF | A | Dividend | J | T | Sold (part) | 12/17/15 | J | B | |
| 76. - I Shares Russell 1000 Value ETF | A | Dividend | L | T | | | | | |
| 77. - I Shares Russell 1000 Growth ETF | A | Dividend | K | T | Sold (part) | 12/17/15 | J | C | |
| 78. - I Shares S&P Midcap400 Growth ETF | A | Dividend | J | T | Sold (part) | 12/17/15 | J | C | |
| 79. - I Shares S&P Midcap 400 Value ETF. | A | Dividend | J | T | | | | | |
| 80. - I Shares Core S&P Smallcap ETF | A | Dividend | K | T | | | | | |
| 81. - Morgan Stanley Capital Trust V | A | Dividend | K | T | | | | | |
| 82. - Fidelity Advisor New Insights - T Fd. | | None | L | T | Sold (part) | 12/17/15 | J | A | |
| 83. - Fidelity Advisor New Insights Cl A | | None | J | T | | | | | |
| 84. - MFS Intl. Diverse - A | A | Dividend | J | T | Sold (part) | 12/17/15 | J | A | |
| 85. - Fidelity Advisor Mid Cap II - A | | None | J | T | Sold (part) | 12/17/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Ameriprise Insured Money Mkt. | A | Dividend | J | T | | | | | |
| 87. - Columbia Div. Opportunity Fd. Cl. A | A | Dividend | | | Sold | 09/02/15 | J | A | |
| 88. - Columbia Acorn International Fd. A | A | Dividend | K | T | Sold (part) | 12/17/15 | J | A | |
| 89. - Columbia Income Bldr. Cl A | A | Dividend | K | T | | | | | |
| 90. - John Hancock Strategic Inc. Opp. Cl A | A | Dividend | K | T | | | | | |
| 91. - Fidelity Advisor Strategic Inc. Cl A | A | Dividend | K | T | | | | | |
| 92. - MFS New Discovery Value Cl A | A | Dividend | K | T | | | | | |
| 93. - First Trust Cons. Staples Alpha ETF | A | Dividend | J | T | | | | | |
| 94. - Columbia Select Large Cap Value Cl A | A | Dividend | L | T | Buy | 09/02/15 | L | | |
| 95. Amer. Trust Co. ACF W. Nickerson IRA(H) | | | | | | | | | |
| 96. - Ameriprise Insd. M/M | A | Dividend | J | T | | | | | |
| 97. - CNL Health Care Inc. REIT | A | Dividend | L | T | | | | | |
| 98. Columbia Mid Cap Value - A Fund | A | Dividend | K | T | | | | | |
| 99. AIM Invesco Smallcap Equity Fd Cl A | A | Dividend | K | T | | | | | |
| 100. Columbia Global Infrst Cl A | A | Dividend | K | T | | | | | |
| 101. Fidelity Advisor Mid Cap II-A Fd. | | None | K | T | | | | | |
| 102. Fidelity Advisor New Insights A Fd. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/17/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MFS Value - A Fd. | A | Dividend | K | T | | | | | |
| 104. Morgan Stanley Capital Trust V | A | Dividend | J | T | | | | | |
| 105. Oppenheimer Developing Mkts. - A Fd. | A | Dividend | J | T | | | | | |
| 106. Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | T | | | | | see VIII |
| 107. - VP Partner Sm Cap C13 | | | | | | | | | |
| 108. - WFADV VT Sm Ca Gr C2 | | | | | | | | | |
| 109. - Allbern VPS Intl Val | | | | | | | | | |
| 110. - COL Mid Cap Val C13 | | | | | | | | | |
| 111. - Fid VIP Mid Cap Cl 2 | | | | | | | | | |
| 112. - COL VP Divdnd Opp C13 | | | | | | | | | |
| 113. - COL VP Emg Mkt C13 | | | | | | | | | |
| 114. - COL VP Incom Oppt C12 | | | | | | | | | |
| 115. Riversource Ret. Adv. Plus Annuity | A | Int./Div. | L | T | | | | | See VIII |
| 116. - VP Partner Sm Cap C13 | | | | | | | | | |
| 117. - WFADV VTG Sm Ca Gr C2 | | | | | | | | | |
| 118. - Allbern VPS Intl Val | | | | | | | | | |
| 119. - COL Mid Cap Val C 13 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Fid VIP MidCap Cl 2 | | | | | | | | | |
| 121. - COL VP Divnd Opp C 13 | | | | | | | | | |
| 122. - COL VP Emg Mkt C 13 | | | | | | | | | |
| 123. - COL VP Incom Oppt C 12 | | | | | | | | | |
| 124. Investment property, Baltimore, MD | | None | M | R | | | | | see VIII |
| 125. FID NATL FINL INC NEW FNF & FNFV GRP (formerly Lender Proc. Svcs.) | A | Dividend | J | T | | | | | |
| 126. Riversource Ret. Adv. 4 Ad. VA Annuity | C | Int./Div. | L | T | | | | | See VIII |
| 127. - Col VP Cont Core | | | | | | | | | |
| 128. - Col VP Emerging Mkt | | | | | | | | | |
| 129. - Col VP Lg Cap Growth | | | | | | | | | |
| 130. - Col VP Lg Core Quant | | | | | | | | | |
| 131. - Col VP Select LC Val | | | | | | | | | |
| 132. - VP-Columb Wanger Inter | | | | | | | | | |
| 133. - VP-DFA International | | | | | | | | | |
| 134. - VP-Holland LC Growth | | | | | | | | | |
| 135. - VP-Invesco Internat | | | | | | | | | |
| 136. - VP-Jennison Mid Growth | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - VP - Loomis Sales Grth | | | | | | | | | |
| 138. - VP-MFS Value | | | | | | | | | |
| 139. - VP-Morg Stan Global RE | | | | | | | | | |
| 140. - VP-NFJ Dividend Value | | | | | | | | | |
| 141. - VP-NFN Win Lrg Cap Gr | | | | | | | | | |
| 142. - VP-Partners Sm Cap Val | | | | | | | | | |
| 143. - VP-Partners Small Grth | | | | | | | | | |
| 144. - VP-Pyramis Invest Int | | | | | | | | | |
| 145. - VP-Pyrford Internat | | | | | | | | | |
| 146. - VP-Sit Dividend Growth | | | | | | | | | |
| 147. - VP Victory Estb Value | | | | | | | | | |
| 148. - Col VP Core Bond | | | | | | | | | |
| 149. - Col VP Emerg Mkts Bond | | | | | | | | | |
| 150. - Col VP Income Opp Fund | | | | | | | | | |
| 151. - Col VP Lmtd Duration | | | | | | | | | |
| 152. - Col VP US Gov Mort | | | | | | | | | |
| 153. - Col VP Strat Income | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - VP-Am Cent Diver Bond | | | | | | | | | |
| 155.  - VP-Eaton Vance Fl-Rate | | | | | | | | | |
| 156.  - VP-J.P. Morgan Cor Bnd | | | | | | | | | |
| 157.  - VP-TCW Core Plus Bond | | | | | | | | | |
| 158.  - VP-Wells Fargo Sh Gov | | | | | | | | | |
| 159.  - Col VP Commodity Strat | | | | | | | | | |
| 160.  - VP-AQR Managed Futures | | | | | | | | | |
| 161.  - Col VP US Equities (X) | | | | | | | | | see VIII |
| 162.  - Col VP Inter Bond (X) | | | | | | | | | see VIII |
| 163.  - Col VP Div ABS Return (X) | | | | | | | | | see VIII |
| 164.  - Tactical Assets (X) | | | | | | | | | see VIII |
| 165.  - Col VP Dividend Opps (Y) | | | | | | | | | see VIII |
| 166.  - Col VP Mid Cap Gr Opp (Y) | | | | | | | | | see VIII |
| 167.  - Colo VP Mid Cap Val Opp (Y) | | | | | | | | | see VIII |
| 168.  - VP-Columb Wanger US Eq (Y) | | | | | | | | | see VIII |
| 169.  - VP-Mondrian Inter Sm (Y) | | | | | | | | | see VIII |
| 170.  - Col VP Diversif Bond (Y) | | | | | | | | | see VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Col VP Global Bond (Y) | | | | | | | | | see VIII |
| 172. - VP Black Rock Glb Infl (Y) | | | | | | | | | see VIII |
| 173. Franklin MD Tax Free Inc. - A | A | Dividend | J | T | | | | | |
| 174. Columbia Acorn Int'l. - A Fd. | A | Dividend | K | T | | | | | |
| 175. Invesco LTD Term Mun Income Cl A | A | Dividend | J | T | Buy | 09/01/15 | J | | |
| 176. Pfizer, Inc. | A | Dividend | K | T | | | | | |
| 177. Ameriprise Insured Money Market Fd. | A | Dividend | J | T | | | | | |
| 178. Riversource Ret. Adv. 4 Ad. VA Annuity | A | Int./Div. | L | T | | | | | See VIII |
| 179. - Col VP Cont Core | | | | | | | | | |
| 180. - Col VP Emerging Mkt | | | | | | | | | |
| 181. - Col VP Lg Cap Growth | | | | | | | | | |
| 182. - Col VP Lg Core Quant | | | | | | | | | |
| 183. - Col VP Select LC Val | | | | | | | | | |
| 184. - VP-Columb Wanger Inter | | | | | | | | | |
| 185. - VP-DFA International | | | | | | | | | |
| 186. - VP-Holland LC Growth | | | | | | | | | |
| 187. - VP-Invesco Internat | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - VP-Jennison Mid Growth | | | | | | | | | |
| 189. - VP-MFS Value | | | | | | | | | |
| 190. - VP-Morg Stan Global RE | | | | | | | | | |
| 191. - VP-NFJ Dividend Value | | | | | | | | | |
| 192. - VP-Nvn Win Lrg Cap Gr | | | | | | | | | |
| 193. - VP-Partners Sm Cap Val | | | | | | | | | |
| 194. - VP-Partners Small Grth | | | | | | | | | |
| 195. - VP-Loomis Sayles Grth | | | | | | | | | |
| 196. - VP-Pyrford Internat | | | | | | | | | |
| 197. - VP-Sit Dividend Growth | | | | | | | | | |
| 198. - VP- Victory Estb Value | | | | | | | | | |
| 199. - Col VP Core Bond | | | | | | | | | |
| 200. - Col VP Emerg Mkts Bond | | | | | | | | | |
| 201. - Col VP Income Opp Fund | | | | | | | | | |
| 202. - Col VP Lmtd Duration | | | | | | | | | |
| 203. - Col VP US Gov Mort | | | | | | | | | |
| 204. - Col VP Strat Income | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/17/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - VP-Am Cent Diver Bond | | | | | | | | | |
| 206. - VP-Eaton Vance FL-Rate | | | | | | | | | |
| 207. - VP-J.P. Morgan Cor Bnd | | | | | | | | | |
| 208. - VP-TCW Core Plus Bond | | | | | | | | | |
| 209. - VP-Wells Fargo Sh Gov | | | | | | | | | |
| 210. - Col VP Commodity Strat | | | | | | | | | |
| 211. - VP-AQR Managed Futures | | | | | | | | | |
| 212. - VP Pyramis Internat (X) | | | | | | | | | see VIII |
| 213. - Col VP Inter Bond (X) | | | | | | | | | see VIII |
| 214. - Col VP Us Equities (X) | | | | | | | | | see VIII |
| 215. - Col VP Div ABS Return (X) | | | | | | | | | see VIII |
| 216. - Tactical Assets (X) | | | | | | | | | see VIII |
| 217. - Col VP Dividend Opps (Y) | | | | | | | | | see VIII |
| 218. - Col VP Mid Cap Gr Opp (Y) | | | | | | | | | see VIII |
| 219. - Colo VP Mid Cap Val Opp (Y) | | | | | | | | | see VIII |
| 220. - VP-Columb Wanger US Eq (Y) | | | | | | | | | see VIII |
| 221. - VP - Mondrian Inter SM (Y) | | | | | | | | | see VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/17/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Col VP Diversif Bond (Y) | | | | | | | | | see VIII |
| 223. - Col VP Global Bond (Y) | | | | | | | | | see VIII |
| 224. - VP Black Rock Glb Infl (Y) | | | | | | | | | see VIII |
| 225. - Col VP Multi Strat Alt (Y) | | | | | | | | | see VIII |
| 226. - VP Goldman Sachs Comm (Y) | | | | | | | | | see VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nickerson, William M. | 11/17/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, lines 106,115,126 and 178. Information regarding the acquisition or disposition of specific assets within these four annuities is not available to me. I am only provided with an annual report showing the assets held in each annuity at year end.

2. Part VII, lines 161 to 164 and 212 to 216. These annuity holdings were not reported to me as assets held in these annuities during the calendar year Jan. 1, 2014 to Dec. 31, 2014. They were first reported to me as annuity assets in the subsequent report to me for the calendar year Jan. 1, 2015 to Dec. 31, 2015. No details regarding their acquisition is available to me.

3. Part VII, lines 165 to 172 and 217 to 226. These annuity holdings reported to me in the report for calendar year Jan. 1, 2014 to Dec. 31, 2014 were omitted as assets held in these annuities as reported to me for the calendar year Jan. 1, 2015 to Dec. 31, 2015. No details as to the disposition of these assets is available to me.

4. Part VII, line 124. As noted in previous reports, this property was purchased on 11/07/2007 for $110,000.00.

5. Part VII, lines 18 and 19 are amended to correct the line numbers for the assets from which they were spunoff.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William M. Nickerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544